# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FRANCES RENEE PERRY**                                                       **PETITIONER**
**ADC #708998**

**v.**                 **CASE NO.: 5:08CV00027 SWW/BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.[1]

Accordingly, Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus (#2) is DISMISSED with prejudice. The Petitioner's Motion to Amend/Correct Petition (#13) is DENIED as moot.

IT IS SO ORDERED, this 10th day of July, 2008.

                                                          <u>/s/Susan Webber Wright</u>
                                                          UNITED STATES DISTRICT JUDGE

---

[1] In response to petitioner's letter to these chambers dated June 20, 2008, inquiring whether the Court received "everything I sent concerning my writ of habeas corpus," petitioner does not identify the materials to which he is referring but the Court has examined the record and finds it sufficiently developed to rule on the Magistrate Judge's Recommended Disposition.